No. 459. INTERSTATE POWER CO. ET AL. *v.* FEDERAL POWER COMMISSION ET AL.; and

No. 476. NORTHERN NATURAL GAS CO. *v.* FEDERAL POWER COMMISSION ET AL. C. A. 8th Cir. Certiorari denied. *Miles Lord,* Attorney General, and *Joseph J. Bright,* Assistant Attorney General, for the State of Minnesota, *Clement F. Springer* for the Interstate Power Co., *Carl W. Cummins* for the Northern States Power Co., *Irvin Fane* for the Kansas City Power & Light Co., *Henry M. Gallagher* for the Central Natural Gas Co., *Patrick L. Farnand, G. T. Mullin* and *John F. Bonner* for the Minneapolis Gas Co., and *John W. Scott* for the Minnesota Valley Natural Gas Co., petitioners in No. 459. *Lawrence I. Shaw, F. Vinson Roach, Patrick J. McCarthy* and *Richard J. Connor* for petitioner in No. 476. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, Willard W. Gatchell, Howard E. Wahrenbrock* and *William L. Ellis* for the Federal Power Commission, *Lloyd J. Marti* for the Central Electric & Gas Co., *Raymond A. Smith* for the Council Bluffs Gas Co., and *George C. Pardee* for the Metropolitan Utilities District of Omaha, respondents. Reported below: 236 F. 2d 372.

No. 530. HUMBLE OIL & REFINING CO. *v.* FEDERAL POWER COMMISSION. C. A. 5th Cir. Certiorari denied. *Wm. H. Holloway, Carl Illig, Wm. J. Merrill, Bernard A. Foster, Jr.* and *Nelson Jones* for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub, Melvin Richter, William W. Ross, Willard W. Gatchell, Howard E. Wahrenbrock* and *C. Louis Knight* for respondent.

No. 555. TRIEBER *v.* ENGLAND, TRUSTEE IN BANKRUPTCY. C. A. 9th Cir. Certiorari denied. Petitioner *pro se. Herbert L. Faulkner* for respondent.